642

Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Franklin J. Stransky* and *John S. Burchmore* for petitioners. *Mr. Thomas L. Marshall* for respondents.

No. 489. A–1 GARAGE *v.* LANGE INVESTMENT Co. November 18, 1935. Petition for writ of certiorari to the District Court of Appeal, 1st Appellate District, of California, denied. *Mr. James L. Minnis* for petitioner. *Mr. F. Eldred Boland* for respondent.

No. 503. HUDSPETH *v.* ARKANSAS. November 18, 1935. Petition for writ of certiorari to the Supreme Court of Arkansas denied. *Mr. Edward H. Coulter* for petitioner. No appearance for respondent.

No. 505. RICHARDS *v.* LORLEBERG. November 18, 1935. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Mr. William C. Sullivan* for petitioner. No appearance for respondent.

No. 507. MOBILE & OHIO R. Co. *v.* ROGERS, ADMINISTRATOR. November 18, 1935. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Messrs. Carl Fox* and *Rufus Creekmore* for petitioner. *Mr. Walter L. Hensley* for respondent.